UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, CHICAGO DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| HELEN F GARY, | ) Case No. 09-39888 |
| Debtor. | ) |

### REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP. FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

**PLEASE TAKE NOTICE** that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for **Capital Recovery III LLC (WashingtonMutual),** a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Capital Recovery III LLC
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh
Telephone: (305) 379-7674
Facsimile: (305) 374-8113
E-mail: claims@recoverycorp.com

Dated: Miami, Florida

11/30/2009

By: _____

Ramesh Singh
Recovery Management Systems Corp.
Financial Controller
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 0 4 2009
KENNETH S. GARDNER, CLERK
PS REP. - KK